IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH TRZECIAK, # B-42301, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-cv-219-SMY |
| | ) |
| KIMBERLY BUTLER, | ) |
| JACOB BOHNERT, | ) |
| LT. SHAWNBECK, | ) |
| and UNKNOWN PARTY, | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on Plaintiff's motion (Doc. 8) for a six-month extension of time to pay the filing fee for this action. The motion also seeks leave to amend the complaint, requests appointment of counsel, and asks the Court to address the allegations contained in the Complaint. The motion shall be denied.

Plaintiff's assertion that he has only one "strike" within the meaning of 28 U.S.C. § 1915(g) is incorrect. All four of Plaintiff's strikes still count against him, regardless of the date they were incurred, or whether the cases that resulted in strikes were filed during Plaintiff's current incarceration or during a previous unrelated prison term. Further, despite Plaintiff's belief that he is in constant imminent danger merely by being incarcerated at Menard, the allegations in the Complaint do not reflect that the Defendants (or non-party Lt. Lance) pose an imminent threat of serious physical injury to Plaintiff, within the meaning of § 1915(g). The Court is satisfied that the denial of Plaintiff's motion to proceed *in forma pauperis* in this case was correct (Doc. 7).

Plaintiff is correct that he has two years to file a civil rights case from the time his cause of action arose. However, according to the restrictions imposed by § 1915(g), he cannot proceed with this matter, and the Court shall not address his allegations or any other pending motions, including his request to amend the Complaint, unless and until the $400.00 filing fee is paid in full.

Plaintiff has requested an extension of time until January 8, 2017, to pay this fee. This proposed six-month extension is too long for the matter to linger on the Court's docket. As the original payment deadline of July 13, 2016, has now passed, Plaintiff shall tender full payment of the $400.00 filing fee for this action **NO LATER THAN 14 days** from the date of this order (**on or before August 19, 2016**). If Plaintiff is unable to make the full payment by that date, this action shall be dismissed without prejudice.

The filing fee shall remain due and payable regardless of the dismissal of this case. If Plaintiff is able to remit full payment of the fee by January 8, 2017, he may file a motion with the Court for relief from judgment, and to reopen this case, once full payment has been made.

To summarize, Plaintiff's motion for extension of time and other relief (Doc. 8) is **DENIED**.

 **IT IS SO ORDERED.**

 **DATED: August 5, 2016**

              s/ STACI M. YANDLE
              United States District Judge